WCM: dy
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

UNITED STATES OF AMERICA

v.

JOSE ROBERTO RAMIREZ

**Investigative – Filed Under Seal**

Case No.  26-mj-45 (DLM)

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      JOSE ROBERTO RAMIREZ

who is accused of an offense or violation based on the following document filed with the court:

____ Indictment      ____ Superseding Indictment    ____ Information ____ Superseding Information   _X_ Complaint

**Count 1**: On or about January 8, 2026, in the State and District of Minnesota, the defendant **JOSE ROBERTO RAMIREZ**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, namely, Victim 1, a Deportation Officer of the United States Immigration and Customs Enforcement, who was engaged in, and on account of, the performance of official duties, and such acts involved physical contact with Victim 1, all in violation of Title 18, Sections 2 and 111(a)(1).

Date:  1/21/26

City and State:  Saint Paul, MN

*Issuing officer's signature*

Douglas L. Micko, United States Magistrate Judge
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . <br><br> Date:_____ <br><br><br> _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |