UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-mj-45 (DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE OF REPRESENTATION** |
| JOSE ROBERTO RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that undersigned counsel Jordan S. Kushner is representing Defendant Jose Roberto Ramirez as CJA counsel in the above-captioned case.

Dated:  January 27, 2026                    LAW OFFICE OF JORDAN S. KUSHNER

By s/Jordan S. Kushner
Jordan S. Kushner, ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota  55415
(612) 288-0545
jskushner@gmail.com