**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CRIMINAL MOTION HEARING**

UNITED STATES OF AMERICA,

          Plaintiff,

v.

Jose Roberto Ramirez,

          Defendants.

**COURT MINUTES**
BEFORE:  DAVID T. SCHULTZ
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-mj-45 (KMM/DTS) |
| Date: | February 25, 2026 |
| Court Reporter: | Lori Morrow |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time: | 1:20 P.M. / 1:25 P.M. |
| Time in Court: | 5 minutes |
| Hearing Type: | Arraignment |

APPEARANCES:

Plaintiff: Michael Hakes-Rodriguez, Special Assistant U.S. Attorney
For Defendant Jose Roberto Ramirez: Jordan Kushner, CJA Appointment

X Reading of Misdemeanor Information Waived

X Not Guilty Plea Entered

s/ ALS
Law Clerk