UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-mj-45 (KMM/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENSE <u>UNOPPOSED</u> MOTION** |
| | ) | **FOR EXTENSION OF TIME TO** |
| JOSE ROBERTO RAMIREZ    , | ) | **FILE PRETRIAL MOTIONS** |
| | ) | |
| Defendant. | ) | |

Defendant Jose Roberto Ramirez, through undersigned counsel, hereby moves the

Court for an order extending the deadline for filing pretrial motions from March 18, 2026

until on or before March 27, 2026. The grounds for this motion are that the government

has not yet provided narrative reports by agents which it states are in its possession,[1] and

have not yet provided a functioning copy of one of the body worn camera videos. The

Court ordered that government at the March 16 status conference to provide the defense

with copies of its reports. To date, the government has still not provided the repors. It is

unknown why the government could not have immediately disclosed its written reports

which it claimed it had on hand. The defense is therefore is not sufficiently informed

about the evidence to be able to file contemplated pretrial motions. The requested date of

---

[1] Although the government stated at the recent status conference that its cover letter for disclosure stated that reports were available for inspection - which is not normal practice - undersigned counsel has reviewed the cover letter and there is no indication that there were reports that were not being provided as part of the government's disclosure.

March 27 for the new deadline takes into account defense counsel's other deadlines and hearings.

The prosecutor stated at the status conference on March 16 that the governmet had no objection to an extension.

Dated:  March 18, 2026

LAW OFFICE OF JORDAN S. KUSHNER

By s/Jordan S. Kushner
    JORDAN S. KUSHNER
    Attorney ID 219307
    Attorney for Defendant
    431 South 7th Street, Suite 2446
    Minneapolis, Minnesota  55415
    (612) 288-0545
    jskushner@gmail.com