UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-mj-45 (KMM/DTS)

UNITED STATES OF AMERICA,     )
         )
       Plaintiff,     )
         )
   vs.     )      **MEET AND CONFER STATEMENT**
         )
JOSE ROBERTO RAMIREZ   ,     )
         )
     Defendant.     )

Defendant Jose Roberto Ramirez, through undersigned counsel, in compliance

with Local Rule 12.1(b), hereby informs the Court that undersigned counsel conferred

with the prosecutor prior to the status conference on March 16, 2026 regarding each of

the motions that has been filed, and further informed the Court of his anticipated motions

during said status conference.


Dated:  March 28, 2026        LAW OFFICE OF JORDAN S. KUSHNER

        By s/Jordan S. Kushner
        JORDAN S. KUSHNER
        Attorney ID 219307
        Attorney for Defendant
        431 South 7th Street, Suite 2446
        Minneapolis, Minnesota  55415
        (612) 288-0545
        jskushner@gmail.com