**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

    Plaintiff,

v.

Jose Roberto Ramirez,

    Defendant.

Case No. 26-mj-45 (KMM/DTS)

**ORDER**

---

Defendant Jose Robert Ramirez requests an extension of time to file post-hearing briefing. Dkt. No. 48. Ramirez's counsel "is unable to complete the briefing by today's deadline due to multiple other briefing last week, today, and later this week." *Id.* at 1.

For good cause shown, **IT IS HEREBY ORDERED:**

1.    Defendant Jose Roberto Ramirez's Second Motion for Extension of Time to File Post-Hearing Briefing (Dkt. No. 48) is **GRANTED**.

2.    Ramirez shall file his post-hearing brief on or before May 29, 2026.

3.    The Government shall file its post-hearing brief on or before June 12, 2026.

Dated: May 27, 2026

    s/ David T. Schultz
    DAVID T. SCHULTZ
    United States Magistrate Judge