UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-mj-45 (KMM/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION FOR** |
| vs. | ) | **LEAVE TO FILE LATE BRIEFING** |
| | ) | |
| JOSE ROBERTO RAMIREZ , | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Jose Roberto Ramirez, through undersigned counsel, hereby moves the Court for an Order granting permission to file his post-hearing memorandum in support of his pretrial motions out of time. The Court previously granted an extension to file on or before June 26, 2026. Unfortunately undersigned counsel was unable to complete the memorandum by that date due to multiple other briefing deadlines, workload obligations, and the complexity of the issues presented in the memorandum. The memorandum is now being submitted less than one business day late.  Mr. Ramirez should not be deprived of effective representation on account of his counsel's delay. No party will be prejudiced by the delay.

Dated:  June 28, 2026

LAW OFFICE OF JORDAN S. KUSHNER

By s/Jordan S. Kushner
JORDAN S. KUSHNER
Attorney ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota  55415
(612) 288-0545
jskushner@gmail.com