**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Case No. 26-mj-45 (KMM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Jose Roberto Ramirez, | |
| Defendant. | |

Defendant Jose Robert Ramirez requests leave to file late briefing. Dkt. No. 55. Ramirez's counsel "was unable to complete the memorandum by that date due to multiple other briefing deadlines, workload obligations, and the complexity of the issues presented in the memorandum." *Id.* at 1. The briefing was submitted "less than one business day late," and the Court agrees that Ramirez "should not be deprived of effective representation on account of his counsel's delay." *Id.* The Government has not responded to the motion. *See generally* Docket.

**IT IS HEREBY ORDERED:**

1.  Defendant Jose Roberto Ramirez's Motion for Leave to File Late Briefing (Dkt. No. 55) is **GRANTED**.

2.  The Government shall file its post-hearing briefing on or before July 13, 2026.

Dated: June 30, 2026

 s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge