UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-045 (KMM/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE ROBERTO RAMIREZ,

Defendant.

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO FILE ADDITIONAL BRIEFING**

The United States of America respectfully requests the Court grant a 14-day extension of the government's deadline to file post-hearing briefing.

## BACKGROUND

On April 22, 2026, the Court held a motion hearing and issued deadlines by which the defense and government must file additional briefing. The defense requested and the Court granted three extensions of time for the defense to file post-hearing briefing. ECF No. 46-49, 52, 53. The government did not object to the first two motions for extension by the defense. After the most recent order granting an extension for the defense, the Court set a filing deadline of July 10, 2026, for the government.

## ARGUMENT

The Government is working to research and respond to a new and novel argument made by the defense in its post-hearing briefing. As part of that

process, the government requests an extension of time to allow for a full review and response to the new argument. The government spoke with defense counsel via email and defense counsel indicated that they would not object to an extension to file as long as it was not longer than two weeks. Accordingly, the government requests a 14-day extension to file post hearing briefing.

## CONCLUSION

For the foregoing reasons, the Government requests a 14-day extension to the July 10, 2026, deadline to research and formulate a response to the new and novel argument by the defense.

Dated: July 9, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/Robert G. Tucker III*

BY: Robert G. Tucker III
Special Assistant U.S. Attorney
Bar # 24136128TX
300 South 4th Street
6th Floor
Minneapolis, MN 55415
202-230-4022
Email: robert.tucker@usdoj.gov